IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE M. LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:10-cv-00765 JLT<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412 (d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(Doc. 14) |

Plaintiff Jessie M. Lewis and Defendant Michael J. Astrue, Commissioner of Social Security agreed to a voluntary remand and dismissal of the action on October 12, 2010.  (Doc. 10).  The parties have stipulated for the award and payment of attorneys fees, expenses, and costs.  (Doc. 14).

Accordingly, subject to the terms of the parties' stipulation, IT IS HEREBY ORDERED, that fees and costs in the amount of $600.00 are **AWARDED** to Plaintiff, Jessie Lewis.

IT IS SO ORDERED.

Dated:   **November 30, 2010**                              /s/ Jennifer L. Thurston
                                                                                      UNITED STATES MAGISTRATE JUDGE

1